```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| KEITH R. RIDDICK, | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| A-C PRODUCT LIABILITY TRUST, et al., | : | |
| | : | E.D. Pa. Civil Action No. |
| Defendants. | : | 2:11-cv-30929-ER |

**O R D E R**

**AND NOW**, this **28th** day of **October, 2015**, upon consideration of the Motion for Summary Judgment (Judicial Estoppel) of the Thompson Hine Shipowner Defendants[1] (ECF No. 78), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is:

(1) **DENIED** as to the arguments related to judicial estoppel; and

(2) **DENIED** as to the arguments related to the real party in interest/standing.

---

[1] These Defendants are: (1) American President Lines, Ltd., (2) Empire Transport, Inc., (3) Merrimac Transport, Inc., (4) Ogden Merrimac Transport, Inc., (5) New Orleans Tanker Corp., (6) Sea-Land Service Inc., (7) Interocean Management Corporation, (8) Waterman Steamship Corporation, (9) Sequoia Tankers, Inc., and (10) Coskan Shipping Co. (ECF No. 78-1.)

It is **FURTHER ORDERED**, in accordance with the accompanying memorandum, that the Clerk of this Court shall (a) make a copy of this order and the accompanying memorandum and have said copy filed on the docket of Plaintiff's bankruptcy case in the Bankruptcy Court for the Eastern District of Virginia (No. 00-bk-71848-DHA); (b) ascertain the identity of the Chapter 13 standing trustee; and (c) have served upon the trustee a copy of said order and memorandum at his/her last known address.

**AND IT IS SO ORDERED.**

<u>s/ Eduardo Robreno</u>
**EDUARDO C. ROBRENO,   J.**